THE STATE OF OHIO, APPELLEE, *v.* MILLS, APPELLANT.

[Cite as *State v. Mills* (1998), 83 Ohio St.3d 111.]

(No. 97–2290—Submitted August 19, 1998—Decided September 16, 1998.)

*Alan R. Mayberry,* Wood County Prosecuting Attorney, and *Gary D. Bishop,* Chief Assistant Prosecuting Attorney, for appellee.

*J. Scott Hicks,* Wood County Assistant Public Defender, for appellant.

*Betty D. Montgomery,* Attorney General, *Jeffrey S. Sutton,* State Solicitor, and *Simon B. Karas,* Deputy Chief Counsel, urging affirmance for *amicus curiae,* state of Ohio.

*Maureen O'Connor,* Summit County Prosecuting Attorney, and *Paul Michael Maric,* Assistant Prosecuting Attorney, urging affirmance for *amicus curiae,* Ohio Prosecuting Attorneys Association.

The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.